CARMEN BARTHOLOMEW, Respondent, v. UTICA GAS AND ELECTRIC COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

DAISY WHITTAKER, Appellant, v. VILLAGE OF FRANKLINVILLE, Respondent.— Judgment and order affirmed, with costs. All concur.

COY WHITTAKER, Appellant, v. VILLAGE OF FRANKLINVILLE, Respondent.— Judgment and order affirmed, with costs. All concur.

ISABELLE FELDMAN, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Order affirmed, without costs of this appeal to either party. All concur.

ROSE LICCIARDI, Respondent, v. AMERICAN CENTRAL INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

SOUTH BUFFALO TERMINALS, INC., as a Taxpayer of the County of Erie, Appellant, v. GEORGE L. GROBE and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs, on the opinion of Pierce, J., at Special Term. [See 148 Misc. 646.] All concur.

PETER J. KINN, Respondent, v. DAVID S. WRIGHT and Another, Appellants.— Judgment of the County Court and of the City Court of Dunkirk reversed on the law and complaint against defendant Heights dismissed, with costs in all courts, and as to defendant Wright a new trial granted, with costs in all courts to the appellant to abide the event, on the ground that the evidence as to the value of the property was admissible as bearing upon the question whether or not the contract to protect Ryan was made (*Barney* v. *Fuller*, 133 N. Y. 605; *Whitney Co.* v. *Stevenson*, 17 App. Div. 224; *Freeman* v. *Hartfield*, 172 id. 164.) There is no evidence to establish any promise on the part of the defendant Heights or any promise in any way binding on him personally. All concur.

MARION CLIFT, Respondent, v. FREDERICK D. GRIDLEY, Appellant.— Judgment reversed on the law, with costs, and complaint dismissed, with costs, upon the ground that the instrument sued upon was a personal agreement with the vendor of the bond and that it was not effectually transferred to the plaintiff upon the sale of the bond by the vendor to her. All concur.

ROBERT W. BULL, Respondent, v. GEORGE K. HAMBLETON, Appellant.— Judgment affirmed, with costs. All concur.

AUGUST REINHARDT, an Infant, etc., Respondent, v. GEORGE J. BROWN and Another, Appellants.— Judgment affirmed, with costs. All concur.

In the Matter of the Petition to Compel Payment of the Claim of MEYER MEYERS against the Estate of JACOB KASKEL, Deceased.— Decree affirmed, with costs. All concur.

ALICE L. SMITH, Respondent, v. CITY OF BUFFALO, Appellant, and INTERNATIONAL RAILWAY COMPANY, Defendant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event on the ground that the essential finding that the defect which is alleged to have caused the plaintiff's injury had existed for a sufficient time to give the city constructive notice is contrary to and against the weight of the evidence. All concur.

JOSEPH A. SMITH, Respondent, v. CITY OF BUFFALO, Appellant, and INTERNATIONAL RAILWAY COMPANY, Defendant.— Judgment and order reversed on the